UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Sonya Goodwin,

          Plaintiff,                              Case No. 06-12806

v.                                              Hon. Nancy G. Edmunds

Comerica, Inc., et al.,,

          Defendant.
_____/


ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion to reverse the administrator's decision is hereby DENIED, Defendants' motions for judgment on the administrative record are GRANTED, and the case is hereby DISMISSED.

      SO ORDERED.



                                 s/Nancy G. Edmunds_____
                                 Nancy G. Edmunds
                                 United States District Judge

Dated: August 30, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 30, 2007, by electronic and/or ordinary mail.

                                 s/Carol A. Hemeyer_____
                                 Case Manager